IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-296 |
| JUANEL ROBLES-OTANEZ | : | |

## O R D E R

**AND NOW**, this 28th day of October 2020, upon consideration of Defendant Juanel Robles-Otanez's Motion to Dismiss the Indictment (ECF No. 48), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **DENIED**.

2. Within ten (10) days of the date hereof, the defendant Juanel Robles-Otanez shall be committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for a reasonable period of time, not to exceed 120 days from the date defendant arrives at the facility unless later extended by Court order, as necessary to determine whether there is substantial possibility that in the foreseeable future he will attain the capacity to permit the case to proceed.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**